**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

LAURIE MARIE LASKEY,

        Plaintiff,

  v.

VERIZON WIRELESS POWER PARTNERS, INC.,

        Defendant.

No. C 08-03032 SBA

**ORDER**

[Docket No. 7]

    Before the Court is defendant's motion to dismiss [Docket No. 7]. Defendant removed this matter from Sonoma County Superior Court. See Docket No. 1 ¶ 1. Plaintiff's complaint alleges defendant made unauthorized connections to her telephone line causing damage and identity theft. See id. at 7-9, 12-14. She also alleges she sued because the California "Court of Appeals sent [her] to the lower court[.]" *Id.* at 8 ¶ 8. Sua sponte, under Federal Rule of Evidence 201, the Court takes judicial notice that on November 30, 2007, the California Court of Appeals for the First District directed plaintiff to return to the superior court level in *Laskey v. Sun Microsyss.*, case A119850, *Laskey v. Intel Corp.*, case A119849, *Laskey v. SBC*, case A119848, and *Laskey v. DNAI*, case A119847, as she had proceeded to the Court of Appeals by direct writ, without first filing suit in a superior court. The Court also takes judicial notice, under Rule 201, that plaintiff is currently before District Judge William H. Alsup in *Laskey v. RCN Corp.*, 08-cv-01333-WHA and *Laskey v. Microsoft Corp.*, 3:08-cv-01465-WHA, both of which Judge Alsup has ruled are related to reach other. *See* Docket No. 29 in case 01333.

    Accordingly, the Court VACATES the hearing on defendant's motion to dismiss, set for September 9, 2008 at 1:00 p.m. Further, this action is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to District Judge William H. Alsup for consideration of whether the case is related to

///

///

///

1 either *Laskey v. RCN Corp.*, or *Laskey v. Microsoft Corp.*  The Docketing Clerk is directed to
2 prepare a notice of related case order.

    IT IS SO ORDERED.

September 8, 2008

                                    Saundra Brown Armstrong
                                    United States District Judge