IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE MARIE LASKEY,<br><br>　　Plaintiff,<br><br>　v.<br><br>VERIZON WIRELESS POWER PARTNERS, INC.,<br><br>　　Defendant.<br>　　　　　　　　　　　　　　　　　／ | No. C 08-03032 WHA<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS** |

In this tort action, defendant Verizon Wireless Telecom, Inc. (erroneously sued herein as "Verizon Power Partners, Inc.") moves to dismiss. Plaintiff *pro se* Laurie Laskey's form complaint contains four causes of action: (1) general negligence; (2) intentional tort; (3) premises liability; and (4) products liability. In support of her claims, the complaint states:

> I've been attached to a Virtual Private Network without my knowledge and hacked into. Information was not routed as outlined in RFC1918. Verizon Wireless was attached to my phone line.

The complaint goes on to include a premises liability claim stating:

> I was connected to a faulty systems and it created a fault. I do not know where their equipment is located.

The remaining excerpts of the complaint contain similar language. Defendant's motion to dismiss is **GRANTED**. Laskey's complaint is entirely vague, ambiguous, and incomprehensible. Her opposition to this motion is much the same. Laskey will be given until October 14, 2008, to file a motion for leave to amend. Any such motion should be accompanied by a proposed

1  pleading and the motion should explain why the foregoing problems are overcome by the
2  proposed pleading.  Failing such a motion, her claims will be dismissed with prejudice.  The
3  hearing on this motion is hereby **VACATED**.

   **IT IS SO ORDERED.**



Dated: September 30, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE