IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LAURIE MARIE LASKEY,

    Plaintiff,

  v.

VERIZON WIRELESS POWER PARTNERS, INC.,

    Defendant.

No. C 08-03032 WHA

**ORDER RE MOTION FOR LEAVE TO AMEND**

      The Court has received Laskey's filing entitled "Motion for Leave to Amend and Pleadings" (Dkt. 20). The Court notes that the order dismissing Laskey's claims advised (Dkt. 18):

> Laskey will be given until October 14, 2008, to file a motion for leave to amend. Any such motion should be accompanied by a proposed pleading and the motion should explain why the foregoing problems are overcome by the proposed pleading. Failing such a motion, her claims will be dismissed with prejudice.

Laskey's motion for leave to amend fails to explain how her proposed pleading cures the defects in her original complaint. Laskey will be given one more opportunity to file a new motion for leave to amend by **NOVEMBER 12, 2008 AT NOON**. Laskey is advised that her motion should explain how the proposed pleading (which should be attached as an exhibit to the motion) cures the defects in her original complaint. Failing such a motion, her claims will be dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: November 5, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE