United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LAURIE MARIE LASKEY,

    Plaintiff,

  v.

VERIZON WIRELESS POWER PARTNERS INC., and DOES 1 to 1000,

    Defendant.
                                /

No. C 08-03032 WHA

**ORDER RE APPLICATION TO PROCEED IN FORMA PAUPERIS**

      Plaintiff Laurie M. Laskey, acting pro se, filed this lawsuit on April 30, 2008 in state court. The lawsuit was removed to this Court on June 20, 2008. On December 2, 2008, plaintiff's complaint was dismissed with prejudice and judgment was entered in the case. On December 18, 2008, plaintiff filed a notice of appeal. Plaintiff also filed an application to proceed with the appeal in forma pauperis. Good cause appearing for the application, plaintiff's application to proceed in forma pauperis is hereby **GRANTED**.

      **IT IS SO ORDERED.**

Dated: December 24, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE